■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRYANT HALL, Appellant. [947 NYS2d 912]

The defendant has not established his entitlement to the relief requested (see *People v Syville*, 15 NY3d 391, 397-398 [2010]). Dillon, J.P., Angiolillo, Belen and Cohen, JJ., concur.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HENRY HOBSON, Also Known as LOVE BA'RASUL RASULALA, Appellant. [947 NYS2d 916]

The appellant has failed to establish that he was denied the effective assistance of appellate counsel (see *Jones v Barnes*, 463 US 745 [1983]; *People v Stultz*, 2 NY3d 277 [2004]). Angiolillo, J.P., Dickerson, Belen and Chambers, JJ., concur.